IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY LAROCHELLE, et. al.,** : | |
| : | |
| **Plaintiffs,** : | **CIVIL ACTION** |
| : | |
| v. : | |
| : | |
| **WILMAC CORPORATION, et. al.,** : | |
| : | **No. 12-5567** |
| **Defendants.** : | |

# ORDER

**AND NOW**, this       day of September 2015, upon consideration of Defendants' motion for leave to file reply briefs (Doc. No. 83), **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The Defendants shall file their reply briefs to Plaintiff Shearer's response in opposition (Doc. No. 76) and Plaintiff Vazquez's response in opposition (Doc. No. 77) on or before **September 24, 2015**;

2. The Defendants shall file their reply briefs to Plaintiff LaRochelle's response in opposition (Doc. No. 84) and to Plaintiff Riker's response in opposition (Doc. No. 85) on or before **October 8, 2015**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

Case 5:12-cv-05567-LS   Document 89   Filed 09/22/15   Page 2 of 2