IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY LAROCHELLE, et al.** : | |
| : | |
| **Plaintiffs,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **12-CV-5567** |
| **WILMAC CORPORATION, et al.** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 27th day of September, 2016, upon consideration of defendants' motions for summary judgment (Doc. Nos. 64, 65, 66, 67), plaintiffs' responses thereto (Doc. Nos. 76, 77, 84, 85), defendants' statements of undisputed facts (Doc. Nos. 64-2, 65-2, 66-2, 67-2), plaintiffs' counter-statements of undisputed facts (Doc. Nos. 76-2, 77-1, 84-2, 85-4), and the parties' reply and sur-reply briefs (Doc. Nos. 90, 91, 93, 94, 102, 103, 107, 108), **IT IS HEREBY ORDERED** that defendants' motions for summary judgment are **GRANTED in part**, and **DENIED in part**.

Defendants' motions for summary judgment are **DENIED** as to: (1) plaintiff Mary LaRochelle's Title VII retaliation claim; (2) plaintiff Nicole Vasquez's Title VII retaliation claim; and (3) plaintiff Emilia Shearer's ADA retaliation claim. Defendants' motions for summary judgment are **GRANTED** as to all other claims.

BY THE COURT:

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.