IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY LAROCHELLE, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 12-5567 |
| WILMAC CORPORATION, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 26th day of September, 2017, following a bench trial, and in accordance with this Court's Findings of Fact and Conclusions of Law docketed on the same date, **IT IS HEREBY ORDERED** that judgment is **ENTERED** in favor of Defendants Wilmac Corporation, Wilmac Health Care, Inc., McWil Group Limited, and Lancashire Hall, and against Plaintiff Emilia Shearer.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE